CLARA F. KETCHAM, Appellant, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DONNA ABT, Respondent, v. BUFFALO AND ERIE RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HOWARD G. ABT, Respondent, v. BUFFALO AND ERIE RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MYRTLE B. TINNEY, Appellant, v. W. G. LEE, as President of the Grand Lodge, Brotherhood of Railroad Trainmen, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

DALE ENGINEERING COMPANY, Appellant, v. STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

INDUSTRIAL DISTILLING COMPANY, Appellant, v. STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

EUGENE C. COLLINS, Appellant, v. STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ADELE MIRGI BEVILAQUA, an Infant, by Guardian ad Litem, Respondent, v. ANTONIO GRANIERO and Another, Appellants.— Motion granted and appeal dismissed, with costs, including ten dollars costs of the motion. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ISAAC NAGIN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

PETER F. CONNOLLY COMPANY, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WILLIAM PRONATH, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CLARK ALLIS, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LOUISA DREWS, Respondent, v. CITY OF BUFFALO, and WILLIAM REIN, INCORPORATED, Appellants.— Motion granted, unless the appellants shall be ready to argue this appeal at the opening of the March, 1927, term of this court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.